# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SKYLAR WILLIAMS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GALDERMA LABORATORIES, L.P.,<br><br>    Defendant. | Civil Case No. 1:24-cv-02222<br><br>Hon Lindsay C. Jenkins |

## **DEFENDANT GALDERMA LABORATORIES, L.P.'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendant, Galderma Laboratories, L.P. ("Galderma"), hereby moves to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim on which relief can be granted, with prejudice. Plaintiff objects to this Motion. Plaintiff's response to this Motion is due on or before June 20, 2024, and Galderma's reply in support of its Motion is due on or before July 1, 2024.

Galderma's Motion is based on this Motion, the accompanying Memorandum of Law, any reply or supplemental briefing Galderma may submit, and any further evidence or argument (including oral argument) that the Court may invite Galderma to present in connection with this Motion.

WHEREFORE, Galderma respectfully requests that the Court dismiss Plaintiff's Complaint with prejudice.

Respectfully submitted,

1

|  |  |
|---|---|
|  | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| Dated: May 30, 2024 | */s/ Anand Agneshwar* <br> Anand Agneshwar (*pro hac vice*) <br> 250 West 55th Street <br> New York, New York 10019 <br> Phone: (212) 836-8011 <br> Facsimile: (212) 836-8689 <br> Email: anand.agneshwar@arnoldporter.com <br><br> Valarie Hays <br> Daniel Raymond <br> 70 West Madison Street, Suite 4200 <br> Chicago, IL 60602-4231 <br> Phone: (312) 583-2300 <br> Facsimile: (312) 583-2360 <br> Email: valarie.hays@arnoldporter.com <br> Email: daniel.raymond@arnoldporter.com <br><br> Paige Sharpe (*pro hac vice*) <br> 601 Massachusetts Ave, NW <br> Washington, DC 20001-3743 <br> Phone: (202) 942-5545 <br> Facsimile: (202) 942-5999 <br> Email: paige.sharpe@arnoldporter.com <br><br> *Attorneys for Defendant* <br> *Galderma Laboratories, L.P.* |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 30, 2024, the foregoing document was electronically filed with the Clerk of Court for the Northern District of Illinois through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: May 30, 2024                                      */s/ Anand Agneshwar*
                                                                      Anand Agneshwar