UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SKYLAR WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GALDERMA LABORATORIES, L.P.,<br><br>Defendant. | Case No. 1:24-cv-02222<br><br>Hon. Lindsay C. Jenkins |

**JOINT MOTION TO STAY DISCOVERY PENDING SETTLEMENT**

Plaintiff Skylar Williams and Defendant Galderma Laboratories, L.P. (collectively, the "Parties") hereby jointly and respectfully move the Court to stay discovery pending the Parties' finalization of a settlement agreement and filing of Plaintiff's Motion for Preliminary Approval of Class Action Settlement. In support of this Motion, the Parties state as follows:

WHEREAS, the Court ordered on September 18, 2025 (ECF No. 64) that:

1. Plaintiff's expert disclosures, other than any related to testing, are due by September 22, 2025;
2. Plaintiff's expert disclosures related to testing are due by November 15, 2025 (previous date September 2, 2025);
3. Defendant's deadline to depose Plaintiff's experts, other than any related to testing, is November 3, 2025
4. Defendant's deadline to depose Plaintiff's experts related to testing is January 7, 2026 (previous date November 3, 2025).
5. Defendant's expert disclosures are due by January 20, 2026 (previous date December 22, 2025);
6. The deadline for Plaintiff to depose Defendant's experts is February 20, 2026; and
7. The parties shall file a status report as to the progress of expert discovery by February 3, 2026;

WHEREAS, the Parties have agreed in principle to a class-wide settlement;

WHEREAS, the Parties believe that it is in the interest of judicial economy to stay

1

discovery pending the finalization of the settlement agreement and filing of Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

**WHERFORE**, the Parties respectfully request that the Court enter an order that:

1. All discovery deadlines are hereby stayed pending the filing of Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

Respectfully submitted,

Dated: November 3, 2025　　　　　　　　　　By: /s/ *Matthew A. Girardi*
　　　　　　　　　　　　　　　　　　　　　　　Matthew A. Girardi

**BURSOR & FISHER, P.A.**
Philip L. Fraietta
Matthew A. Girardi
50 Main St., Suite 475
White Plains, New York 10606
Telephone: (914) 874-0708
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com
　　　　　mgirardi@bursor.com

**BRYSON HARRIS SICIU & DEMAY PLLC**
Trenton Ross Kashima
401 West Broadway, Suite 1760
San Diego, CA 92101
Telephone: (212) 946-9389
Email: tkashima@brysonpllc.com

Nick Suciu III
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 483021
Telephone: (616) 678-2180
Email: nsuciu@milberg.com

J. Hunter Bryson
Russell Busch
Luis Cardona
900 West Morgan Street
Raleigh, NC 27603
Telephone: (202) 640-1167
Email: hbryson@brysonpllc.com
　　　　　rbusch@brysonpllc.com

lcardona@milberg.com

**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
R. Jason Richards (*PHV*)
17 East Main Street
Pensacola, FL 32505
Telephone: (850) 202-1010
Email: JRichards@awkolaw.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Email: gklinger@milberg.com

*Attorneys for Plaintiff*

Dated: November 3, 2025          By: /s/ *Anand Agneshwar*
                                         Anand Agneshwar

**ARNOLD & PORTER KAYE SCHOLER LLP**
Anand Agneshwar (*pro hac vice*)
250 West 55th Street
New York, New York 10019
Phone: (212) 836-8011
Facsimile: (212) 836-8689
Email: anand.agneshwar@arnoldporter.com

**ARNOLD & PORTER KAYE SCHOLER, LLP**
Paige Sharpe (*pro hac vice*)
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Phone: (202) 942-5545
Facsimile: (202) 942-5999
Email: paige.sharpe@arnoldporter.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
Valarie Hays
Daniel Raymond

70 West Madison Street
Suite 4200
Chicago, IL 60602
(312) 583-2360
Email: valarie.hays@arnoldporter.com
Email: daniel.raymond@arnoldporter.com

*Attorneys for Defendant*