**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Skylar Williams
                              Plaintiff,

v.                                                   Case No.: 1:24–cv–02222
                                                            Honorable Lindsay C. Jenkins

Galderma Laboratories, LP
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 4, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The parties have advised that they have reached a settlement. The motion to stay deadline [65] is granted. To give the parties time to finalize their settlement agreement, the expert discovery deadlines are stricken. Any motion for preliminary settlement approval of the class settlement is due by January 5, 2026. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.